UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HASSAN DJAHED,

    Plaintiff,

-vs-                                Case No. 6:08-cv-962-Orl-18GJK

BONIFACE AND COMPANY, INC., d/b/a
Boniface-Hiers Mazda,

    Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion to Strike Affirmative Defenses (Doc. 11). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED** and made part of this Order. Plaintiff's Motion to Strike Affirmative Defenses is **GRANTED** and Defendants shall have ten (10) days leave to amend its Answer and Affirmative Defenses.

It is SO ORDERED in Orlando, Florida, this 23 day of February, 2009.

                              G. KENDALL SHARP
                              Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge